In the Matter of the Estate of HENRY WATERMAN, Deceased. JULIA KENYON, Appellant; SAMUEL H. COOMBS et al., Respondents.

Reported below, 112 App. Div. 313.
(Argued June 18, 1906; decided June 21, 1906.)

MOTION to dismiss an appeal from an order of the Appellate Division of the Supreme Court in the second judicial department, entered May 9, 1906, which reversed a decree of the Kings County Surrogate's Court removing two of the executors of the will of Henry Waterman, deceased.

The motion was made upon the grounds that the questions involved were matters of discretion and the reversal upon the law and the facts, and the Court of Appeals, therefore, had no jurisdiction to consider the same.

*Robert H. Wilson* for motion.

*Ralph W. Kenyon* opposed.

Motion denied, without costs, without prejudice to a renewal of the motion upon argument before us.